UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:  EVANGELINE W. OUTLAW,                CASE NO:    17-01026-5-DMW
        DEBTOR                                                          CHAPTER 13

## MOTION FOR PRIVATE SALE

1. This matter is a core proceeding pursuant to 28 U.S.C. § 157, and the court has jurisdiction pursuant to 28 U.S.C. §§ 151, 157 and 1334. The court has the authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984 by the United States District Court for the Eastern District of North Carolina.

2. Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on March 17, 2017.

3. Debtor, Evangeline W. Outlaw, moves the court to sell her residence located at 600 Dixon Street, Kinston NC to Ktown, LLC for $14,500.00. There is currently one lien with BSI Financial Services in the approximate amount of $11,414.78 (good thru June 15, 2021).  The debtor will receive approximately $3,085.22 from the sale of the house. She will use the proceeds to rent another place and for ongoing bills. Debtor is selling the house located at 600 Dixon Street, Kinston, NC because it needs numerous repairs and she does not have the income at 74 years old to maintain the property.

4. A Consent Order was previously filed on January 5, 2021 giving debtor permission to sell the property. Once the Order was filed, debtor could not get in contact with the buyer.

WHEREFORE, debtor moves the Court to allow the Debtor to sell the property located at 600 Dixon Street, Kinston, NC.

This the 14th day of June, 2021.

                ALLEN C. BROWN, P.A.

                BY: /s/ Allen C. Brown
                    #12131
                    Attorney for the Debtor(s)
                    3493-C S. Evans St.

                        P.O. Drawer 1909  
                        Winterville, NC 28590  
                        #252-752-0952

Case 17-01026-5-DMW    Doc 44    Filed 06/14/21    Entered 06/14/21 13:24:45    Page 2 of 4

# CERTIFICATE OF SERVICE

I, ALLEN C. BROWN, attorney for the Debtor(s) certify:

1. That I am at all times hereinafter mentioned more than eighteen (18) years of age.
2. That on the 14th day of June, 2021, I served copies of the foregoing: Motion For Private Sale on the following:

| | |
|---|---|
| U.S. Bankruptcy Court<br>VIA ELECTRNONIC NOTIFICATION | Evangeline Outlaw<br>600 Dixon Street<br>Kinston, NC 28501 |

Joseph A. Bledsoe, III
Chapter 13 Trustee
VIA ELECTRONIC NOTIFICATION

BSI Financial Services
Attn: Managing Agent
1425 Greenway Drive, Suite 400
Irving, TX 75038

Mark A. Baker, attorney for creditor
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092

SEE ATTACHED MAILING MATRIX FOR A LISTING OF CREDITORS SERVED

by depositing said document in the United States Mail, postage prepaid. I certify under penalty of perjury that this foregoing is true and correct.

Executed: 6-14-21

ALLEN C. BROWN, P.A.

BY: /s/ Allen C. Brown
Attorney for Debtor(s)
3493-C S. Evans St.
Bedford Commons
PO Drawer 1909
Winterville, NC 28590
(252)752-0952
State Bar No.: 12131

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE: EVANGELINE OUTLAW,            CASE NO: 17-01026-5-DMW
                                                   CHAPTER 13
      DEBTOR

**NOTICE OF MOTION**

NOTICE IS HEREBY GIVEN of Motion for Private Sale in the above captioned case; and

FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing, in writing, within TWENTY-ONE (21) days from the date of this notice, the relief requested in the Motion may be granted without further hearing or notice; and

FURTHER NOTICE IS GIVEN that if a response and request for a hearing is filed by the debtor, trustee, or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the Motion and response thereto, at a date, time and place to be later set by this Court and all interested parties will by notified accordingly.

DATED: 6-14-21

                                                     ALLEN C. BROWN, P.A.

                                                     BY: /s/ Allen C. Brown
                                                     Attorney for Debtor(s)
                                                     3493-C S. Evans St.
                                                     Bedford Commons
                                                     P.O. Drawer 1909
                                                     Winterville, NC 28590
                                                     (252) 752-0952
                                                     State Bar #: 12131