**SO ORDERED.**

**SIGNED this 25 day of October, 2021.**

_____
**David M. Warren
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

| | | |
|---|---|---|
| IN RE:  EVANGELINE W. OUTLAW, | : | CASE NO: 17-01026-5-DMW |
| | : | |
| DEBTOR. | : | CHAPTER 13 |

### CONSENT ORDER ALLOWING MOTION FOR PRIVATE SALE

**THIS MATTER** comes before the Court upon the Motion for Private Sale filed by the Debtor (the "Motion"), the response to the Motion filed by U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST and its servicer, Servis One, Inc. d/b/a BSI Financial Services ("BSI Financial Services"), and by consent of the parties and for the reasons set forth in the Motion and herein it appears that the relief is proper and should be granted.

In its response, BSI Financial Services represents and warrants that its current payoff amount is of $5,942.53 as of August 25, 2021 will be paid in full within a reasonable time upon the sale, together with a per diem rate of $2.37, and that it is the holder of the first lien upon the Property and as such, has a valid secured status.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:**

1. The Motion is **GRANTED**.

2. The Debtor is authorized to sell the property located at 600 Dixon St Kinston NC 28501 (the "Property") to Dobbs, LLC, a division of KTown, LLC for $14,500.00 upon the following terms:

    a) BSI Financial Services is the holder of the first lien upon the property and as such, has a value secured status;
    b) BSI Financial Services' lien attaches to the proceeds of the sale;
    c) BSI Financial Services' current payoff of is $5,942.53 as of August 25, 2021, together with a per diem rate of $2.37 after August 25, 2021;
    d) Closing the sale shall occur within thirty (30) days of entry of this Order;
    e) The balance after closing will be paid to the Trustee, and BSI Financial Services will be paid in full on its secured claim from the funds received by the Trustee; and
    f) The Debtor shall be entitled to retain the sum of $8,557.47 pursuant to her available residential exemption.

**WE CONSENT:**

/s/ Allen C. Brown
Allen C. Brown
Attorney for the Debtor
3493-C S. Evans Street
P. O. Drawer 1909
Winterville, NC 28590
Telephone: (252) 752-0952
NC State Bar No.: 12131


/s/ Mark A. Baker
Mark A. Baker
Attorney for BSI Financial Services
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Telephone: (404) 474-7149
NC State Bar No.: 32382
Email: mbaker@mtglaw.com


/s/ Joseph A. Bledsoe, III
Joseph A. Bledsoe, III
Chapter 13 Trustee
PO Box 1618
New Bern NC 28563
Telephone: (252) 633-0074
NC State Bar No.: 19817
Email: chapter13@bledsoe13.com


"END OF DOCUMENT"